UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DISTRICT)

**LAURA SCHWARZMANN,**
2822 Munster Road,
Baltimore, MD 21234

    Plaintiff,                                     Civil Action No.: 1:20-cv-2463

v.

**BELCARA HEALTH.,**
1427 Clarkview Road
Suite 300-300A
Baltimore, MD 21209,

    Defendant.

## COMPLAINT

Plaintiff Laura Schwarzmann, for his complaint against BELCARA Health, ("Belcara"), and respectively avers as follows:

### PARTIES

1. Plaintiff Laura Schwarzmann is a resident of the state of Maryland.

2. Defendant Belcara Health. is a business principally based in state of Maryland.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over Plaintiff's claims under 28 U.S.C. § 1332.

4. Venue is proper under 28 U.S.C. § 1391(b) because Defendants conduct business and can be found in this judicial district.

5. The events giving rise to the claims in this action occurred in this judicial district.

6. Plaintiff Laura Schwarzmann has exhausted all administrative remedies with the Equal Employment Opportunity Commission.

**FACTUAL BACKGROUND**

7. Laura Schwarzmann, is a 34 years old resident of Maryland.

8. Schwarzmann began her employment as a Receptionist with Belcara in April 2019. She was later promoted to Patient Assistant Coordinator and was supervised by Angela Hyatt.

9. Schwarzmann worked with co-workers Receptionists Paige Diamond (Caucasian) and Shannon Kidwell (Caucasian), and Customer Service Director Rachela Forcellese (Caucasian)."

10. Each of her co-workers knew that Schwarzmann was romantically involved with black man, and throughout her tenure at Belcara, she was subject to racial slurs and offensive comments from her co-workers.

11. From the beginning of the discriminatory treatment that she endure at Belcara, Schwarzmann complained about the treatment to her supervisors and owners of Belcara.

12. Schwarzmann's co-worker Kidwell used the word "Kike" within the office. Customer Service Director Rachela warned her from using the word. Schwarzmann reported it to the her supervisor Wyatt. No action was taken by Wyatt.

13. Knowing that Schwarzmann dated a black man, her co-workers Rachela, Diamond and Kidwell routinely used the word "nigger" and "ghetto" around the office and directly Plaintiff. Schwarzmann reported it to her supervisor Wyatt. No action was taken by Wyatt.

14. Schwarzmann's co-workers Rachela, Diamond and Kidwell routinely watched YouTube videos mocking African Americans. Schwarzmann reported it to the conduct to her supervisor Wyatt. No action was taken by Wyatt.

15. In or about May 2019, Schwarzmann's co-worker Rachela called Plaintiff an "Asian laundry slave." Schwarzmann reported it to the conduct to her supervisor Wyatt. Wyatt met with both parties and Rachela apologized. However, no action was taken against her.

16. On June 25, 2019, Schwarzmann met with owner Sherri Cohen, Owner of Belcara.

17. Schwarzmann complained of all of the racial harassment and hostile work environment. Specifically, Schwarzmann told Cohen about the routine use of the word "nigger," "kike," and "ghetto" by her co-workers. She informed Cohen that she was called an "Asian laundry slave." The conversation lasted for about two hours. No conversation concerning her employment performance took place. Cohen told Schwarzmann, "you keep speaking up about racists things going on and racism…and we really appreciate that." She called Shwarzmann an "advocate."

18. Schwarzmann was terminated on June 26, 2019.

## CAUSES OF ACTION

### Count 1: Title VII of the Civil Rights Act of 1964
*Hostile Work Environment*

19. Schwarzmann incorporates every preceding paragraph as alleged above.

20. Schwarzmann was subject to discriminatory severe or pervasive conduct by and through Defendant, its agents and representatives.

21. WHEREFORE, Schwarzmann prays for nominal damages; compensatory damages, in an amount to be determined at trial; punitive damages, in an amount to be determined at trial; attorney's fees and the costs of this litigation; back pay, front pay, and future benefits, as may be appropriate; pre- and post-judgment interest; and any other relief the Court deems necessary and appropriate.

### Count 2: Title VII of the Civil Rights Act of 1964
*Retaliation*

22. Schwarzmann incorporates every preceding paragraph as alleged above.

23. Schwarzmann was subject to termination after she engaged in protected activity after complaining of discrimination.

24. WHEREFORE, Schwarzmann prays for nominal damages; compensatory damages, in an amount to be determined at trial; punitive damages, in an amount to be determined at trial; attorney's fees and the costs of this litigation; back pay, front pay, and future benefits, as may be appropriate; pre- and post-judgment interest; and any other relief the Court deems necessary and appropriate.

## JURY DEMAND

### PLAINTIFF DEMANDS TRIAL BY JURY

Dated: August 26, 2020

By: */s/Ikechukwu Emejuru*
Ikechukwu Emejuru
**Emejuru Law L.L.C.**
8403 Colesville Road
Suite 1100
Silver Spring, MD 20910
Telephone: (240) 638-2786
Facsimile: 1-800-250-7923
iemejuru@emejurulaw.com