**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| LAURA SCHWARZMANN<br><br>　　　　Plaintiff,<br>　v.<br><br>BELCARA HEALTH, et al.<br><br>　　　　Defendants. | Civil Case No. 1:20-CV-02463-DKC |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between the parties to this action, through their undersigned counsel, that the above-captioned action, including all claims, be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(B), the parties to bear their own attorneys' fees and costs.

Respectfully submitted this 15th day of April 2021,

/s/_____
Kathleen A. McGinley (Bar No. 29150)
Yodeski Acquie (Bar No. 19297)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD  21209
(410) 415-2085 – Telephone
(410) 415-2001 – Facsimile
Kathleen.McGinley@jacksonlewis.com
Yodeski.Acquie@jacksonlewis.com

*Counsel for Defendants*

/s/_____
Ikechukwu Emejuru
(signed by Kathleen A. McGinley with the permission of Ikechukwe Emejuru)
Emejuru Law L.L.C.
8403 Colesville Road, Suite 1100
Silver Spring, MD 20910
(240) 638-2786 – Telephone
iemejuru@emejurulaw.com

*Counsel for Plaintiff*

**SO ORDERED:**

_____   _____
Date　　　　　Deborah K. Chasanow
　　　　　　　U.S. District Court Judge